■ JOSEPH F. HINTERSEHR et al., Respondents, v NORTH SHORE TRAVEL SERVICE, INC., Appellant, and CHRISTENSEN A. FLEIG et al., Respondents.— Two judgments of the Supreme Court, Nassau County, entered March 26, 1975 and April 18, 1975, respectively, and an order of the same court, entered September 17, 1974, affirmed, without costs or disbursements. In our opinion, appellant's claims at the trial, and its contentions on appeal, were founded on suspicion and not on evidence. Further, the method of valuation of the ticket stock was rational, objective and for appellant's benefit. We have examined appellant's other contentions and find them to be without merit. Latham, Acting P. J., Margett, Christ, Shapiro and Titone, JJ., concur.

■ In the Matter of MICHAEL LA MAGNA, Appellant, v THEODORE SCHUBIN, as Superintendent of the Ossining Correctional Facility, Respondent.—In a proceeding pursuant to CPLR article 78 (1) to compel respondent to reinstate petitioner to the temporary work release program or (2) to afford him a hearing, petitioner appeals from an order of the Supreme Court, Westchester County, entered February 4, 1975, which denied his motion to renew a prior judgment of the same court which dismissed the petition. Appeal dismissed as moot, without costs or disbursements. Petitioner's recent release on parole renders the appeal moot. Hopkins, Acting P. J., Martuscello, Latham, Rabin and Titone, JJ., concur.